OCEANIC PUB. CO., Respondent, v. CARLTON PUB. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. January 12, 1912.) Action by the Oceanic Publishing Company against the Carlton Publishing Company and others. W. Leslie, for appellants. S. S. Barron, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

SCOTT, J., dissents.

OCEANIC PUB. CO. v. CARLTON PUB. CO. (Supreme Court, Appellate Division, First Department. January 12, 1912.) Action by the Oceanic Publishing Company against the Carlton Publishing Company. No opinion. Motion denied. Settle order on notice.

O'CONNOR, Respondent, v. RODGERS et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 24, 1911.) Action by Mary O'Connor, an infant, by Margaret O'Connor, her guardian ad litem, against James M. Rodgers and another. No opinion. Judgment and order unanimously affirmed, with costs.

OISHEI, Appellant, v. OISHEI et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. December 6, 1911.) Action by Charles Oishei against John R. Oishei and another. No opinion. Judgment (70 Misc. Rep. 48, 126 N. Y. Supp. 484) affirmed, with costs.

In re OLD STONE ROAD IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) In the matter of acquiring title by the City of New York to lands situated on westerly side of Old Stone Road in the Borough of Richmond as a site for school purposes. No opinion. Motion granted, and order of reference made to Daniel D. Whitney, Jr., Esq.

OLIVER TYPEWRITER CO. v. TYPEWRITER INSPECTION CO. (Supreme Court, Appellate Division, First Department. December 8, 1911.) Action by the Oliver Typewriter Company against the Typewriter Inspection Company. No opinion. Motion granted, with $10 costs. Order filed.

OSTERHOUDT, Respondent, v. PRUDENTIAL INS. CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, Third Department. December 28, 1911.) Action by Dory Osterhoudt against the Prudential Insurance Company of America. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 136 App. Div. 123, 120 N. Y. Supp. 641.

OXENBERG, Appellant, v. PODOLSKY et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 28, 1911.) Action by Israel Oxenberg against Max Podolsky and another. No opinion. Motion granted, with costs.

PAKAS v. HURLEY. (Supreme Court, Appellate Division, First Department. December 8, 1911.) Action by Solomon L. Pakas against Frank C. Hurley. No opinion. Reargument ordered. For former opinion, see 131 N. Y. Supp. 454.

PARKS, Appellant, v. NATIONAL PARK BANK OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. December 29, 1911.) Action by John H. Parks against the National Park Bank of New York. C. Goldzier, for appellant. L. F. Doyle, for respondent. No opinion. Judgment and order affirmed, on Parks v. Knickerbocker Trust Co., 137 App. Div. 719, 122 N. Y. Supp. 521; 146 App. Div. 878, 130 N. Y. Supp. 1123. Order filed.

PARTENFELDER v. PEOPLE et al. (Supreme Court, Appellate Division, Second Department. January 5, 1912.) Action by Adam Partenfelder against the People of the State of New York and others. No opinion. Order affirmed, with $10 costs and disbursements, on the authority of Hawes v. United States Trust Co., No. 1, 142 App. Div. 789, 127 N. Y. Supp. 632.

PASKUSZ et al. v. PHILADELPHIA CASUALTY CO. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Action by Jacob Paskusz and another against the Philadelphia Casualty Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 131 N. Y. Supp. 421.

PECKHAM, Appellant, v. DWYER et al., Respondents. (Supreme Court, Appellate Division, Third Department. December 28, 1911.) Action by Allen G. Peckham, as executor, etc., against Jeremiah Dwyer and others.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

SMITH, P. J., and HOUGHTON, J., dissent.

PEERLESS PATTERN CO. v. PICTORIAL REVIEW CO. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Action by the Peerless Pattern Company against the Pictorial Review Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 132 N. Y. Supp. 37.

PELLETIER, Appellant, v. GRAHAM et al., Respondents. (Supreme Court, Appellate Division, Third Department. December 28, 1911.) Action by Mary E. Pelletier against James Larimer Graham and others, doing business under the firm name and style of Graham, Taylor & Co.

PER CURIAM. Judgment reversed, on the ground that the case should have been submit-